**Opinion issued April 28, 2015**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-14-00842-CR

_____

**FREDERICK DOUGLAS BRANCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Case No. 1407881**

**MEMORANDUM OPINION**

Appellant, Frederick Douglas Branch, pleaded guilty to the offense of unlawful possession of a firearm by a felon without an agreed recommendation as to punishment with the State. The trial court ordered a pre-sentence investigation. At the conclusion of the pre-sentence investigation, a hearing was held on

September 4, 2014, during which the trial court found appellant guilty and sentenced him to confinement for three years.

Appellant's counsel on appeal has filed a brief stating that the record presents no reversible error, that the appeal is without merit and is frivolous, and that the appeal must be dismissed or affirmed. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, (1967). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record and detailing why there are no arguable grounds for reversal. *Id.* at 744, 87 S.Ct. at 1400; *see also High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

Counsel represents that he has served a copy of the brief on appellant. Counsel also advised appellant of his right to examine the appellate record and file a pro se brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). More than 30 days have passed, and appellant has not filed a pro se brief. Having reviewed the record and counsel's brief, we agree that the record contains no arguable issues for appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney E. Chevo Pastrano must immediately send the notice required

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of

by Texas Rule of Appellate Procedure 6.5(c) and file a copy of that notice with the Clerk of this Court.

We deny as moot any pending motions.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

Criminal Appeals.   *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).